# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR23-145 WHO

UNITED STATES OF AMERICA,

V.

**FILED**
May 10, 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

MONLETO HOLLY,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition;
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury
                                                Foreman

Filed in open court this __10th__ day of

__May 2023__.

_____ Clerk

Bail, $ __Arrest Warrant__

Hon. Laurel Beeler, U.S. Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

FILED

May 10, 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR23-145 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: |
| | ) 18 U.S.C. § 922(g)(1) – Felon in Possession of |
| MONLETO HOLLY, | ) Ammunition; |
| | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – |
| Defendant. | ) Forfeiture Allegation |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about February 25, 2023, in the Northern District of California, the defendant,

MONLETO HOLLY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely, twenty-five Luger 9mm caliber cartridges, including ammunition components, loaded inside a privately manufactured firearm marked P80 with an extended magazine, and the ammunition and all ammunition components were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

**FORFEITURE ALLEGATION:**   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

**MONLETO HOLLY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

  a. One privately manufactured firearm marked P80;
  b. All ammunition seized in or with the above firearm;

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: May 10, 2023                                                                A TRUE BILL.


            /s/ Foreperson
            FOREPERSON
            San Francisco

INDICTMENT                                                         2

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2

3  */s/ Jeremy M. Goldstein*
4  JEREMY M. GOLDSTEIN
   Special Assistant United States Attorney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                    3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Maximum 15 years imprisonment
Maximum $250,000 fine
Maximum 3 years supervised release
$100 special assessment
Forfeiture

### DEFENDANT - U.S

▶ MONLETO HOLLY

**DISTRICT COURT NUMBER**
CR23-145 WHO

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form**
Ismail J. Ramsey

☒ U.S. Attorney   ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
Jeremy M. Goldstein

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction   ☒ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  Feb. 25, 2023

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

FILED
May 10 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: