1  Jonathan M. Baum (SBN 303469)
   jbaum@steptoe.com
2  STEPTOE & JOHNSON LLP
   One Market Plaza
3  Steuart Tower, Suite 1070
   San Francisco, California 94105
4  Telephone: (415) 365-6700 / Facsimile: (415) 365-6699
5
6  Attorney for Defendant
   MONLETO LAMONT HOLLY
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,          Case No. 3:14-cr-00238-RS-1
                                       Related Case No. 23-cr-00145-
12              Plaintiff,             RS ORDER

13         vs.                         **DECLARATION OF JONATHAN BAUM IN
                                       SUPPORT OF STEPTOE & JOHNSON
14                                     LLP'S MOTION TO WITHDRAW FROM
    MONLETO LAMONT HOLLY,              REPRESENTATION OF MONLETO
15                                     HOLLY**

16              Defendants.
                                       Date:        June 6, 2023
17                                     Time:        9:30 am
                                       Courtroom:   3 (17th Fl.)
18                                     Judge:       Hon. Richard Seeborg

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOTION TO WITHDRAW**

1    I, JONATHAN BAUM, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and am a

3  partner at Steptoe & Johnson LLP, located at One Market Plaza, Steuart Tower, Suite 1070, San

4  Francisco, CA 94105, and am counsel for Defendant Monleto Holly in the above-captioned

5  action.

6    2.    On September 27, 2021, I was appointed to represent Mr. Holly in this matter

7  pursuant to the Criminal Justice Act. That matter terminated on December 14, 2021.

8    3.    After that initial matter terminated, Probation filed another petition alleging a

9  violation of supervised release on May 12, 2022, and I was re-appointed to represent Mr. Holly.

10  While that new matter was pending, Mr. Holly was arrested again in February 2023. After an

11  initial period in San Francisco County Jail, Mr. Holly was transferred to the custody of the

12  United States and ordered to be remanded to custody by Magistrate Judge Cisneros on March 24,

13  2023.

14    4.    I moved my primary residence from California to Washington, DC in March

15  2023. While I have continued to represent Mr. Holly in this matter and have made multiple

16  cross-country trips (at my own expense) to represent him, I have found it logistically difficult to

17  represent an appointed in-custody client while not residing permanently in the Northern District

18  of California.

19    5.    On May 10, 2023, the U.S. Attorney's Office issued a new indictment against Mr.

20  Holly for illegally possessing ammunition in violation of 18 U.S.C. § 922(g)(1), related to his

21  arrest in February 2023. David Rizk of the Federal Public Defender was appointed to represent

22  Mr. Holly in that matter. After the filing of the new indictment, I reached out to the Federal

23  Public Defender's Office and AUSA Goldstein to inform them of my intent to withdraw from

24  this matter, and neither objected. I also informed Mr. Holly that this motion would be filed.

25    I declare under penalty of perjury under the laws of the United States that the foregoing is

26  true and correct to the best of my knowledge and belief.

27    Executed on May 31, 2023, in Washington, DC.

28                                        */s/ Jonathan Baum*

2

**DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOTION TO WITHDRAW**

1

2
**ORDER**

      Pursuant to Local Criminal Rule 44-2(b), the Court GRANTS the motion by Steptoe &

3
Johnson to withdraw as counsel for Mr. Holly and appoints the Federal Public Defender to

4
represent Mr. Holly in this matter.

5

6
      IT IS ORDERED.

7

8
Dated:  May 31, 2023

      HONORABLE RICHARD SEEBORG

9
      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**