IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA, | No:14-cr-00238-RS-1. |
|     Plaintiffs, | 23-cr-00145-RS-1 |
| v. | |
| | **RECUSAL ORDER** |
| Monleto Holly, | |
|     Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: May 31, 2023

RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE