JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Holly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONLETO HOLLY,<br><br>　　　　　Defendant. | No. CR 23-145 VC,<br>　　CR 14-238 VC<br><br>MOTION FOR LEAVE TO RECONSIDER COURT'S RECUSAL AND MOTION TO RECONSIDER<br><br>Hon. Richard Seeborg |

　　　　Pusuant to Civil Local Rule 7-9, the defense herein requests this Court grant leave to reconsider its May 31, 2023 recusal order due to a material change in fact that served as the basis for the Court's recusal.

　　　　On May 31, 2023, the Court issued an order recusing itself from hearing both of defendant's pending cases. Unbeknownst to the Court, counsel for Mr. Holly was reassigned within the Federal Public Defender's Office prior to the Court's recusal. Mr. Holly has had two cases heard by this Court.

　　　　Because new defense counsel was assigned prior to the Court's recusal, the defense respectfully requests this Court reconsider its recusal.

DATED: June 7, 2023

\_\_\_/s_____
KARTHIK RAJU
Assistant Federal Public Defender