UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>       v.<br><br>MONLETO HOLLY,<br><br>             Defendant. | Case No.  14-cr-00238 VC<br><br>              23-cr-00145-VC<br><br>**ORDER WITHDRAWING RECUSAL** |

I hereby withdraw the recusal that was ordered on May 31, 2023.  The Clerk of the Court shall reassign the matters in the case to the undersigned.

**IT IS SO ORDERED**.

Dated:  6/8/2023

RICHARD SEEBORG
Chief United States District Judge