JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:           david_rizk@fd.org

Counsel for Defendant HOLLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23–145 RS |
| Plaintiff, | **NOTICE OF REMOVAL OF COUNSEL** |
| v. | |
| MONLETO HOLLY, | |
| Defendant. | |

    The Federal Public Defender's Office hereby files this Notice of Removal of Counsel to advise the Court that Assistant Federal Public Defender David Rizk is no longer assigned to this matter. Please remove AFPD David Rizk from the list of attorneys to be noticed in this case.

Dated:   June 15, 2023

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

       /S
DAVID RIZK
Assistant Federal Public Defender