Kathryn Ross
KATHRYN ROSS LAW
803 Hearst Avenue
Berkeley, Ca 94710
katie@kathrynrosslaw.com
Tel: (510) 210-8898

Attorney for Defendant
Mr. Monleto Holly

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONLETO HOLLY,<br><br>　　　　　　Defendant. | Case Nos. 23-cr-145-RS<br>　　　　　　14-cr-238-RS<br><br>**STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

　　With the government's agreement, Counsel for Mr. Holly seeks to reschedule Mr. Holly's Status Conference, currently scheduled for January 30, 2024 at 9:30 a.m., to February 27, 2024, at 9:30 a.m.

　　The additional time is necessary for the parties to meet and confer about a pre-plea proposal the defense presented to the government on January 22, 2024.  The parties also agree that time should be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and conferring about a resolution.  For this reason, the parties stipulate and agree that excluding time until February 27, 2024 will allow for the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from January 30, 2024 through February 27, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIP AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE
Case Nos.: 23-cr-145-RS; 14-cr-238-RS

Counsel for Mr. Holly certifies that she obtained approval from counsel for the government and probation to file this stipulation, request, and proposed order.

SO STIPULATED.

DATED: January 29, 2024.

ISMAIL RAMSEY
United States Attorney

/s/
KELSEY DAVIDSON
Assistant United States Attorney

/s/
KATHRYN ROSS
Attorney for Mr. Holly

## [PROPOSED] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT: Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice are served by continuing the Status Conference to February 27, 2024. The Court also finds that failing to exclude the time from January 30, 2024 through February 27, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 30, 2024 through February 27, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 30, 2024 through February 27, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.
DATED: 1/29/2024

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE